IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MBC GREENHOUSE CO., et al., | ) Case No. 01-2175 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |
| SCOTT PELTZ, as the Plan Administrator on behalf of the substantially consolidated estates of the Debtors, | ) |
| | ) |
| Plaintiff, | ) Adversary Proceeding No. 03-54134 (PJW) |
| | ) |
| v. | ) **Civil Action No. 04-CV-497 (GMS)** |
| | ) |
| SIGMA MICRO CORP., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE THAT** the law firm Flaster/Greenberg P.C. hereby **WITHDRAWS** as counsel to Sigma Micro Corp. and the firm Harvey, Pennington Ltd. **HEREBY ENTERS ITS APPEARANCE** as substitute counsel for Sigma Micro Corp. in the above-noted case. All pleadings henceforth should be served upon the following:

James E. Huggett, Esquire (#3956)
"J" Jackson Shrum, Esquire
Harvey, Pennington Ltd.
913 N. Market Street, Suite 702
Wilmington, DE 19801
Phone: (302) 428-0719 (reception)
Phone: (302) 351-1125 (direct dial Huggett)
Phone: (302) 351-1122 (direct dial Shrum)
Fax: (302) 428-0734
jhuggett@harvpenn.com
jshrum@harvpenn.com

DE: 1874.1

HARVEY, PENNINGTON LTD.

James E. Huggett, Esquire (#3956)
Harvey, Pennington Ltd.
913 N. Market Street, Suite 702
Wilmington, DE 19801
Phone: (302) 351-1125 (direct dial Huggett)
Fax: (302) 428-0734 (fax)
jhuggett@harvpenn.com

April _____29_____, 2005

FLASTER/GREENBERG P.C.

One of its Attorneys
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Phone: (856) 661-1900

April _____27_____, 2005

DE: 1874.1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing document to be served on all those parties on the attached service list in the manner indicated.


Dated: June 29, 2005                                    */s/ James E. Huggett*
                                                        James E. Huggett

**VIA FIRST CLASS MAIL**

Laura Davis Jones, Esq.
Pachulski Stang Ziehl Young and Jones
919 North Market Street
16th Floor
Wilmington, DE 19899-8705