IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MBC GREENHOUSE CO., *et al.,* | ) Case No. 01-2175 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| SCOTT PELTZ, as the Plan Administrator on behalf of the substantially consolidated estates of the Debtors, | ) |
| | ) |
| Plaintiff, | ) Adversary Proceeding No. 03-54134 (PJW) |
| | ) |
| v. | ) **Civil Action No. 04-CV-497 (GMS)** |
| | ) |
| SIGMA MICRO CORP., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL OF ATTORNEY

TO ALL INTERESTED PARTIES:

Please remove James E. Huggett as the attorney representing and being served with notices for Sigma Micro Corp. The undersigned will be directly responsible for this matter on behalf of the above.

HARVEY, PENNINGTON LTD.

Dated: April 7, 2006

/s/ "J" Jackson Shrum
"J" Jackson Shrum, Esquire (#4757)
913 N. Market Street, 7th Floor
Wilmington, Delaware 19801
(302) 351-1125 (telephone)
(302) 428-0734 (fax)
jshrum@harvpenn.com

*Counsel to Sigma Micro Corp.*

717022_1