IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| MBC GREENHOUSE CO., et al. | ) | Bankr. Case. No. 01-02175 |
| Debtor | ) | |
| SCOTT PELTZ | ) | |
| Plaintiff, | ) | Civil Action No. 04-497 GMS |
| v. | ) | Adv. No. 03-54134 |
| SIGMA/MICRO CORP. | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, on June 25, 2004, an Order granting the motion to withdraw the reference was issued by the Court (D.I. 1);

WHEREAS, on April 7, 2006, a Notice of Substitution of Counsel was filed with the court (D.I. 12);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

    2. If the plaintiff fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

April 19, 2007