IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ) | |
| MBC GREENHOUSE CO., et al. ) | Bankr. Case. No. 01-02175 |
| ) | |
| Debtor ) | |
| ) | |
| SCOTT PELTZ ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-497 GMS |
| v. ) | Adv. No. 03-54134 |
| ) | |
| SIGMA/MICRO CORP. ) | |
| ) | |
| Defendant. ) | |

**ORDER**

WHEREAS, on June 25, 2004, an Order granting the motion to withdraw the reference was issued by the Court (D.I. 1);

WHEREAS, on April 7, 2006, a Notice of Substitution of Counsel was filed with the court (D.I. 12);

WHEREAS, on April 19, 2007, an Order to Show Cause why this case should not be dismissed for failure to prosecute was issued by the Court (D.I. 13);

WHEREAS, to date, the court's docket reflects that the parties have not shown cause and have had no further contact with the court.

IT IS HEREBY ORDERED that:

The above-captioned civil action is dismissed without prejudice pursuant to District of Delaware Local Rule 41.1.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

July 11, 2007